```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 21768
   ANGELA P SAMPLE
   DANDRE L STEWART                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3051    SSN XXX-XX-1920


-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/07/2004 and was confirmed 08/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  24.50%.

     The case was paid in full 11/08/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
BANK ONE                     SECURED          8500.00        791.92        8500.00
BANK ONE                     NOTICE ONLY    NOT FILED           .00            .00
BANK ONE                     UNSECURED        2168.79          .00         531.38
US BANK CONSUMER FINANCE     SECURED          3600.00        335.38        3600.00
US BANK CONSUMER FINANCE     UNSECURED        3182.71          .00         779.80
ROBERT J ADAMS               PRIORITY       NOT FILED           .00            .00
ALLIANCE ONE                 NOTICE ONLY    NOT FILED           .00            .00
AMERICASH LOANS LLC          UNSECURED OTH    425.32           .00         104.25
AMERICASH LOANS              UNSECURED      NOT FILED           .00            .00
AT & T WIRELESS              UNSECURED      NOT FILED           .00            .00
CBT ASPIRE                   UNSECURED      NOT FILED           .00            .00
CHECK N GO                   UNSECURED         580.03          .00         142.11
CINGULAR WIRELESS            UNSECURED         990.97          .00         242.80
CITY OF CHICAGO PARKING      UNSECURED         760.00          .00         186.21
ASPIRE                       UNSECURED         505.45          .00         123.84
COMMONWEALTH EDISON          UNSECURED         504.00          .00         123.49
COMMONWEALTH EDISON          NOTICE ONLY    NOT FILED           .00            .00
COMMONWEALTH EDISON          NOTICE ONLY    NOT FILED           .00            .00
COMCAST                      UNSECURED      NOT FILED           .00            .00
FASHION BUG                  NOTICE ONLY    NOT FILED           .00            .00
SPRINT PCS                   UNSECURED      NOT FILED           .00            .00
B-FIRST LLC                  UNSECURED         922.58          .00         226.04
GFG LOAN COMPANY             UNSECURED         200.00          .00          49.00
UNIVERSITY OF ILLINOIS M     UNSECURED      NOT FILED           .00            .00
MILE SQUARE HEALTH CENTE     UNSECURED      NOT FILED           .00            .00
MILE SQUARE HEALTH CENTE     UNSECURED      NOT FILED           .00            .00
B-LINE/CROSS COUNTRY         UNSECURED      NOT FILED           .00            .00
ONE IRON VENTURES INC        UNSECURED      NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE     UNSECURED            .00           .00            .00
UIC MEDICAL CENTER           UNSECURED      NOT FILED           .00            .00
UIC MEDICAL CENTER           UNSECURED      NOT FILED           .00            .00
VAN RU FINANCIAL             UNSECURED      NOT FILED           .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 21768 ANGELA P SAMPLE & DANDRE L STEWART
```

```
VERIZON WIRELESS          UNSECURED          775.58              .00         190.02
VERIZON WIRELESS          UNSECURED          513.61              .00         125.84
VERIZON WIRELESS          UNSECURED          601.44              .00         147.36
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      200.00              .00         200.00
B-FIRST LLC               UNSECURED             .00              .00            .00
CINGULAR WIRELESS         UNSECURED          697.04              .00         170.78
US BANK CONSUMER FINANCE  NOTICE ONLY     NOT FILED              .00            .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      2,200.00                         2,200.00
TOM VAUGHN                TRUSTEE                                           1,030.08
DEBTOR REFUND             REFUND                                                 .00
```

Summary of Receipts and Disbursements:
```
------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE           19,800.30

PRIORITY                                       200.00
SECURED                                     12,100.00
    INTEREST                                 1,127.30
UNSECURED                                    3,142.92
ADMINISTRATIVE                               2,200.00
TRUSTEE COMPENSATION                         1,030.08
DEBTOR REFUND                                     .00
                  ---------------          ---------------
TOTALS            19,800.30                 19,800.30
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 02/27/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```